```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 46703
    JANIS L MCWILLIAMS
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-8625


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/20/2004 and was confirmed 02/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.47% from remaining funds.

     The case was paid in full 01/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
KANE PROPERTY MANAGEMENT  CURRENT MORTG          .00            .00             .00
NATIONAL CITY MORTGAGE    CURRENT MORTG          .00            .00             .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE       681.74            .00          681.74
INTERNAL REVENUE SERVICE  PRIORITY           8671.34            .00         8671.34
AMERICASH LOANS LLC       UNSECURED           958.20            .00          100.29
CAPITAL FIRST BANK        UNSECURED         NOT FILED           .00             .00
ARROW FINANCIAL SERVICES  NOTICE ONLY       NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED          2012.89            .00          210.69
NATIONAL ASSET RECOVERY   NOTICE ONLY       NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED          2707.56            .00          283.40
FIGIS INC                 UNSECURED         NOT FILED           .00             .00
UNIVERSAL FIDELITY CORP   NOTICE ONLY       NOT FILED           .00             .00
FIRST PREMIER BANK        UNSECURED         NOT FILED           .00             .00
HHLD BANK                 UNSECURED         NOT FILED           .00             .00
HHLD BANK                 UNSECURED         NOT FILED           .00             .00
PAYDAY LOAN CORP          UNSECURED         NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED              .00            .00             .00
PROVIDIAN BANK            UNSECURED          3543.36            .00          370.88
PALISADES COLLECTION LLC  NOTICE ONLY       NOT FILED           .00             .00
NORTHWEST COLLECTION      UNSECURED         NOT FILED           .00             .00
ALLIED INTERSTATE         UNSECURED         NOT FILED           .00             .00
FIRST CONSUMERS NATIONAL  UNSECURED         NOT FILED           .00             .00
T-MOBILE BANKRUPTCY       UNSECURED            94.03            .00            9.84
PLAZA ASSOCIATES          NOTICE ONLY       NOT FILED           .00             .00
T MOBILE                  NOTICE ONLY       NOT FILED           .00             .00
PREMIER BANCARD CHARTER   UNSECURED           727.34            .00           76.13
KANE PROPERTY MANAGEMENT  MORTGAGE ARRE       799.32            .00          799.32
AMERICASH LOANS LLC       UNSECURED OTH       334.01            .00           35.03
ZALUTSKY & PINSKI LTD     REIMBURSEMENT       194.00            .00          194.00
B-LINE LLC                UNSECURED          1917.10            .00          200.66
INTERNAL REVENUE SERVICE  UNSECURED          1751.77            .00          183.36
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,700.00                        2,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 46703 JANIS L MCWILLIAMS
```

```
TOM VAUGHN                   TRUSTEE                                        838.32
DEBTOR REFUND                REFUND                                       1,728.00

       Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
  ------------------------------------------------------------------------------
TRUSTEE                 17,083.00

PRIORITY                                           8,865.34
SECURED                                            1,481.06
UNSECURED                                          1,470.28
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                                 838.32
DEBTOR REFUND                                      1,728.00
                        ---------------         ---------------
TOTALS                  17,083.00                 17,083.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE